IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
October 19, 2018
David J. Bradley, Clerk

| | |
|---|---|
| JEREMY RYAN CARD, on Behalf of Himself and on Behalf of Others Similarly Situated, Plaintiff, § § § § § | |
| V. § § | CIVIL ACTION NO. 4:17-cv-00524 |
| QUALITY CABLE INSTALLERS, LLC, NEEDHAM COMMUNICATIONS AND MICHAEL LEE NEEDHAM Defendants. § § § § | |

### ORDER GRANTING JOINT AND AGREED
### MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Came on to be considered Plaintiffs Jeremy Ryan Card, Emanuel Guerrero, and Gabriel Gonzalez ("Plaintiffs") and Defendant Quality Cable Installers, LLC's ("Defendant" or "QCI") (collectively as "the Parties") Joint and Agreed Motion for Approval of Settlement Agreement ("Motion") and the Court, after considering said Motion as well as the pleadings on file herein, is of the opinion that said Motion is with merit and should be GRANTED. It is hereby

ORDERED that the Settlement Agreement as provided for in Exhibit A to the Motion is APPROVED in its entirety as a fair and reasonable resolution of bona fide dispute under the Fair Labor Standards Act, including the amount to be paid to Plaintiffs as well as the requested attorney's fees, costs, and services awarded; It is further

ORDERED that this case is dismissed in its entirety with prejudice, each party to bear their own fees and costs.

SIGNED this _____ day of 10 · 18 _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| By: _Tracey D. Lewis*_<br>Gregg M. Rosenberg<br>Texas State Bar No. 17268750<br>Federal I.D. No. 7325<br>Tracey D. Lewis<br>Texas State Bar No. 24090230<br>Federal I.D. No. 212007<br>**ROSENBERG & SPROVACH**<br>3518 Travis Street, Suite 200<br>Houston, Texas 77002<br>Telephone: (713) 960-8300<br>Facsimile: (713) 621-6670<br>*signed by permission* | By: _Diana Pérez Gomez_<br>Diana Pérez Gomez<br>Texas State Bar No. 24041674<br>Federal I.D. No. 606231<br>**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**<br>1200 Smith Street, 14th Floor<br>Houston, Texas 77002<br>Telephone: (713) 658-1818<br>Facsimile: (713) 658-2553 |